IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LEROY ELLIS, #918106 | § | |
| VS. | § | CIVIL ACTION NO. 6:05cv401 |
| BLAKE A. JONES, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Plaintiff may proceed with his excessive use of force claims against Officers Blake A. Jones and Dax A. Winzereid.  It is further

**ORDERED** that the Plaintiff's remaining claims be **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

**SIGNED this 29th day of March, 2006.**

WILLIAM M. STEGER
UNITED STATES DISTRICT JUDGE